UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

Case Number: 22-md-3040
Honorable David M. Lawson

MDL No. 3040

*This Document Relates to*: ALL ACTIONS
_____/

**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE THEIR RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF THE MOTION TO DISMISS**

The Parties, by and through their respective counsel, hereby stipulate and agree that the time for Plaintiffs' response to Defendant's Motion to Dismiss (ECF No. 30) shall be extended by 14 days, or until January 23, 2023, and that the time for Defendant's reply shall be extended by 7 days, or until February 13, 2023.

On October 17, 2022, the Court entered Pretrial Order No. 1 (ECF No. 17), which set deadlines for Plaintiffs' consolidated master complaint (on or before November 4, 2022) and Defendant's motion under Federal Rule of Civil Procedure 12(b) (on or before December 19, 2022).

On December 15, 2022, the Court granted Defendant's Unopposed Motion for Leave to File Excess Pages (ECF No. 29), allowing Defendant to file a motion

to dismiss up to 50 pages in length. The order provided that Plaintiffs' response may also be up to 50 pages in length.

On December 19, 2022, Defendant filed its 50-page Motion to Dismiss (ECF No. 30). Pursuant to E.D. Mich. LR 7.1, Plaintiffs' response is currently due on January 9, 2023, 21 days after the Motion was filed. Thereafter, FCA US's reply would be due on January 23, 2023, 14 days after Plaintiffs would file their response.

The Parties have conferred and stipulate that due to the length of the briefing at issue and the intervening holidays, the deadline for Plaintiffs' response shall be extended by 14 days, until January 23, 2023, and that the time for Defendant's reply shall be extended by 7 days, or until February 13, 2023. The Parties have submitted a proposed order for the Court's consideration.

Dated: December 20, 2022

**KLEIN THOMAS & LEE LLC**

*/s/ Stephen D'Aunoy (w/consent)*
Stephen A. D'Aunoy
Thomas L. Azar, Jr.
Scott H. Morgan
**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, MO 63101
sdaunoy@thompsoncoburn.com
tazar@thompsoncoburn.com
smorgan@thompsoncoburn.com
Tel: (314) 552-6000

Fred J. Fresard (P43694)
Ian K. Edwards (P82021)
101 W. Big Beaver Rd.
Suite 1400
Troy, MI 48084
Telephone: (248) 509-9271
Fred.Fresard@kleinthomaslaw.com
Ian.Edwards@kleinthomaslaw.com

*Attorneys for Defendant FCA US LLC*

Respectfully submitted,

**THE MILLER LAW FIRM, P.C.**

/s/ *E. Powell Miller*
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt (P81118)
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman
Thomas E. Loeser
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
toml@hbsslaw.com

*Interim Co-Lead Counsel and Co-Chairs of the Plaintiffs' Steering Committee*

**BARRACK RODOS & BACINE**
Stephen R. Basser
Samuel M. Ward
600 W Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
sbasser@barrack.com

**COTCHETT, PITRE & McCARTHY**
Niall McCarthy

Karin Swope
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
NMcCarthy@cpmlegal.com
Kswope@cpmlegal.com

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
Gayle Blatt
Camille Guerra
110 Laurel Street
San Diego, CA 92101-1486
Telephone: (619) 238-1811
gmb@cglaw.com

*Interim Plaintiffs' Steering Committee*