UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

Case Number 22-3040
Honorable David M. Lawson

MDL No. 3040

_____/

**ORDER EXTENDING BRIEFING SCHEDULE**

Pursuant to the stipulation of the parties (ECF No. 33), it is **ORDERED** that the plaintiffs' response to the defendant's motion to dismiss must be filed **on or before January 23, 2023**, and the defendant's reply must be filed **on or before February 13, 2023**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   December 28, 2022