UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: Chrysler Pacifica Fire Recall Products Liability Litigation<br><br>MDL No. 3040 | Case No. 2:22-cv-03040-DML<br>Honorable David M. Lawson |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John G. Emerson of Emerson Firm, PLLC hereby enters his appearance as attorney of record for Plaintiffs Elias Ramirez, Michele Tinio Ramirez, Javin T. Olsen, Clea Van Tol, Ladd Van Tol, Meagan Findeiss and Cal Findeiss.

Dated: January 4, 2023

Respectfully submitted,

EMERSON FIRM, PLLC

/s/ *John G. Emerson*
John G. Emerson
2500 Wilcrest, Suite 300
Houston, TX 77042
Tel: (800) 551-8649
Fax: (501) 286-4659
E-mail: jemerson@emersonfirm.com

*Counsel for Plaintiffs Elias Ramirez, Michele Tinio Ramirez, Javin T. Olsen, Clea Van Tol, Ladd Van Tol, Meagan Findeiss and Cal Findeiss.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 4, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system, which will send notification of such filings to the attorneys of record.

                                           */s/ John G. Emerson*           .
                                           JOHN G. EMERSON