UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robyn Reilman, et al.,

                Plaintiff(s),

v.                                              Case No. 2:22−cv−03040−DML−EAS
                                                Hon. David M. Lawson

FCA U.S., L.L.C., et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 767. The following motion(s) are scheduled for hearing:

    Motion to Compel − #46

- MOTION HEARING: October 25, 2023 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/S. Pinkowski
                                                Case Manager

Dated:  May 5, 2023