UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

MDL No. 3040

Case Number 22-3040
Honorable David M. Lawson

_____/

**ORDER EXTENDING EXPERT DISCLOSURE DEADLINES**

On June 7, 2023, the Court held a status conference with counsel for the parties. During the conference, the plaintiffs expressed their concern that their experts on topics relating to class certification may need more time to prepare their reports, because the defendant has refused to engage in substantial production of documents that are necessary for the expert analyses. The defendant has taken the position that it does not intend to engage in substantial document production until after the parties complete two facilitated mediation sessions scheduled in June and July. The Court advised the parties that the previously established case management schedule did not contemplate the possibility of wholesale delays in production that may impact the parties' ability to comply with significant deadlines, regardless of other developments in the case such as the parties' engagement in facilitated mediation. However, the Court advised the parties that it would grant a limited extension of the expert disclosure deadlines.

Accordingly, it is **ORDERED** that the plaintiffs must serve their expert disclosures required by Federal Rule of Civil Procedure 26(a)(2) for experts relating to class certification **on or before September 11, 2023**. The defendant must serve its disclosures for experts relating to class certification **on or before October 2, 2023**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: June 8, 2023