UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

MDL No. 3040

Case Number 22-3040
Honorable David M. Lawson

_____/

## ORDER EXTENDING TIME TO RESPOND

Pursuant to the stipulation of the parties (ECF No. 52),

It is **ORDERED** that the defendant's reply in support of its motion to compel arbitration must be filed **on or before July 6, 2023**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   June 21, 2023