UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

Case Number 22-3040
Honorable David M. Lawson

MDL No. 3040

_____/

## ORDER EXTENDING TIME TO ANSWER

Pursuant to the stipulation of the parties (ECF No. 68),

It is **ORDERED** that the defendant's answer to the plaintiffs' consolidated master complaint must be filed **on or before January 9, 2024**.

It is further **ORDERED** that all other provisions of the previously issued case management and scheduling orders, as amended, remain in full force and effect.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: December 20, 2023