UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robyn Reilman, et al.,

                Plaintiff(s),

v.                                    Case No. 2:22−cv−03040−DML−EAS
                                              Hon. David M. Lawson

FCA U.S., L.L.C., et al.,

                Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Elizabeth A. Stafford for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Motion for Protective Order – #83

                                              s/David M. Lawson
                                              David M. Lawson
                                              United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              s/S. Pinkowski
                                              Case Manager

Dated:   February 8, 2024