# Exhibit A

## to Declaration of David Case

## Part 573 Safety Recall Report

OMB Control No.: 2127-0004

# Part 573 Safety Recall Report          22V-077

| | |
|---|---|
| **Manufacturer Name :** Chrysler (FCA US, LLC) | |
| **Submission Date :** FEB 11, 2022 | |
| **NHTSA Recall No. :** 22V-077 | |
| **Manufacturer Recall No. :** Z11 | |



**NHTSA**
NATIONAL HIGHWAY TRAFFIC
SAFETY ADMINISTRATION

---

**Manufacturer Information :**

Manufacturer Name : Chrysler (FCA US, LLC)
Address : 800 Chrysler Drive
CIMS 482-00-91 Auburn Hills MI
48326-2757
Company phone : 1-800-853-1403

**Population :**

Number of potentially involved : 16,741
Estimated percentage with defect : 100 %

---

**Vehicle Information :**

Vehicle 1 : 2017-2018 Chrysler Pacifica
Vehicle Type :
Body Style : VAN
Power Train : NR
Descriptive Information : Some 2017-2018 MY Chrysler Pacifica Plug-In Hybrid Electric Vehicles ("PHEVs") have experienced fires. The defect has not yet been identified and the root cause of these fires is still being investigated.

The potentially affected vehicle production period began on August 12, 2016, when production of Chrysler Pacifica PHEVs began, and ended on August 7, 2018, when 2018 MY production ended. The suspect population was determined using vehicle manufacturing records.

Similar vehicles not included in this recall are not PHEVs, or were built after the suspect vehicle production period.

Production Dates : AUG 12, 2016 - AUG 07, 2018
VIN Range 1 : Begin :          NR          End : NR          ☐ Not sequential

---

**Description of Defect :**

Description of the Defect : A vehicle may experience a fire, even with the ignition in the "OFF" mode.
FMVSS 1 : NR
FMVSS 2 : NR
Description of the Safety Risk : A vehicle fire can result in increased risk of occupant injury and/or injury to persons outside the vehicle, as well as property damage.
Description of the Cause : NR

---

The information contained in this report was submitted pursuant to 49 CFR §573

# Part 573 Safety Recall Report       22V-077

Identification of Any Warning   None
that can Occur :

## Involved Components :

Component Name  1 :  NR

Component Description :  NR

Component Part Number :  NR

## Supplier Identification :

### Component Manufacturer

Name :  NR

Address :  NR

NR

Country :  NR

### Chronology :

• On August 31, 2021, the FCA US LLC ("FCA US") Technical Safety and Regulatory Compliance organization opened an investigation as a result of detecting a potential trend in fires in certain Chrysler Pacifica PHEVs.

• From September 2021, to January 2022, FCA US repurchased two vehicles for origin and cause investigation. The cause of these fires is under investigation.

• As of February 4, 2022, FCA US is aware of ten additional fires. The cause of these fires is under investigation.

• As of February 4, 2022, FCA US has identified five customer records, zero warranty claims, and 12 field reports potentially relating to this issue for all markets with dates of receipt ranging from April 23, 2019, to December 14, 2021.

• As of February 4, 2022, FCA US is not aware of any accidents or injuries potentially relating to this issue for all markets.

• On February 6, 2022, FCA US determined, through the Vehicle Regulations Committee, to conduct a voluntary safety recall of the affected vehicles.

# Part 573 Safety Recall Report          22V-077          Page 3

**Description of Remedy :**

Description of Remedy Program : FCA US will conduct a voluntary safety recall on all affected vehicles. Remedy is under development. Until further notice, the Company is advising owners of these hybrid vehicles to refrain from recharging them, and to park them away from structures and other vehicles.

FCA US has a longstanding policy and practice of reimbursing owners who have incurred the cost of repairing a problem that subsequently becomes the subject of a field action. To ensure consistency, FCA US, as part of the owner letter, will request that customers send the original receipt and/or other adequate proof of payment to the company for confirmation of the expense.

How Remedy Component Differs from Recalled Component : Remedy is under development. Root cause is unknown.

Identify How/When Recall Condition was Corrected in Production : NR

**Recall Schedule :**

Description of Recall Schedule : **02/11/2022: FCA US will notify dealers and begin notifying owners on or about 04/02/2022.

Planned Dealer Notification Date : APR 02, 2022 - APR 02, 2022

Planned Owner Notification Date : APR 02, 2022 - APR 02, 2022

* NR - Not Reported