# Exhibit E

## to Declaration of David Case

## Recall Quarterly Report dated 1/23/24

OMB Control No.: 2127-0004

# Recall Quarterly Report          22V-077

**Manufacturer Name :** Chrysler (FCA US, LLC)
**NHTSA Recall No.  / MFR Recall No. :** 22V-077 /Z11
**Recall Subject :** Vehicle Fire When Parked
**Owner Notification Beginning Date :** OCT 06, 2022
**Owner Notification End Date:** OCT 06, 2022



| Report # | Submission Date | Report Quarter | Recall Population | Total Remedied | Total Unreachable | Total Removed |
|---|---|---|---|---|---|---|
| 5 | JAN 23, 2024 | 2023-4 | 16,741 | 12,584 | 204 | 1,010 |
| 4 | OCT 24, 2023 | 2023-3 | 16,741 | 11,857 | 230 | 1,022 |
| 3 | JUL 21, 2023 | 2023-2 | 16,741 | 10,579 | 292 | 1,016 |
| 2 | APR 24, 2023 | 2023-1 | 16,741 | 8,805 | 352 | 1,013 |
| 1 | JAN 20, 2023 | 2022-4 | 16,741 | 5,859 | 378 | 994 |

This Document Last Updated : JAN 23, 2024

**Definitions :**

Report Quarter :  The quarter the manufacturer is reporting recall completion figures (e.g. 2012-3 means the 3rd quarter of 2012).
Recall Population :  The total number of products recalled by the manufacturer.
Total Remedied :  The total number of products either remedied, inspected without needing remedy, or returned to inventory.
Total Unreachable :  Products deemed unreachable as owner notifications were unable to be delivered.
Total Removed :  Products that have been scrapped, stolen, or exported.

The information contained in this report was submitted pursuant to 49 CFR §573.7