# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: CHRYSLER PACIFICA FIRE RECALL PRODUCTS LIABILITY LITIGATION<br><br>MDL No. 3040<br><br>*This Document Relates to: ALL CASES* | Case No. 2:22-MD-03040-DML-EAS<br><br>Honorable David M. Lawson<br>Magistrate Judge Elizabeth A. Stafford |

### **DEFENDANT FCA US LLC'S NOTICE OF APPEAL**

Notice is hereby given that Defendant FCA US LLC appeals to the U.S. Court of Appeals for the Sixth Circuit from the Opinion and Order Denying Motion to Compel Arbitration. *See* Dkt. No. 82 (Feb. 5, 2024) (PageID.4248).

Respectfully submitted,

**THOMPSON COBURN LLP**

/s/ *Brandon L. Boxler*
Stephen A. D'Aunoy (MO/54961)
Thomas L. Azar, Jr. (MO/56634)
Scott H. Morgan (MO/61853)
One US Bank Plaza
St. Louis, Missouri 63101
T: (314) 552-6000
sdaunoy@thompsoncoburn.com
tazar@thompsoncoburn.com
smorgan@thompsoncoburn.com

*-and-*

**KLEIN THOMAS LEE & FRESARD**

Fred J. Fresard (P43694)
Ian K. Edwards (P82021)
101 W. Big Beaver Rd., Ste. 1400
Troy, Michigan 48084
T: (602) 935-8300
fred.fresard@kleinthomaslaw.com
ian.edwards@kleinthomaslaw.com

Brandon L. Boxler (VSB 81884)
919 E. Main St., Ste. 1000
Richmond, Virginia 23219
T: (703) 621-2109
brandon.boxler@kleinthomaslaw.com

*Attorneys for FCA US LLC*

2

**CERTIFICATE OF SERVICE**

I certify that on February 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

                                                  */s/ Brandon L. Boxler*