UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robyn Reilman, et al.,

                Plaintiff(s),

v.                                                  Case No. 2:22−cv−03040−DML−EAS
                                                  Hon. David M. Lawson

FCA U.S., L.L.C., et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before Magistrate Judge Elizabeth A. Stafford at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 642. The following motion(s) are scheduled for hearing:

Motion for Protective Order – #83

- MOTION HEARING: April 8, 2024 at 10:30 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                    By: s/Marlena Williams
                                                                         Case Manager

Dated:  February 13, 2024