UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION                    Case Number 22-3040
                                                  Honorable David M. Lawson
               MDL No. 3040
_____/

## ORDER GRANTING MOTION TO EXPEDITE BRIEFING

On February 12, 2024, the defendant filed a motion to stay the proceedings pending the outcome of its appeal of the Court's order denying the defendant's motion to compel arbitration, along with a motion to expedite the briefing and decision on the motion to stay. The Court has considered the motion to expedite briefing and finds that it should be granted.

Accordingly, it is **ORDERED** that the defendant's motion to expedite briefing (ECF No. 90) is **GRANTED**, and the plaintiffs' response to the defendant's motion to stay must be filed **on or before February 29, 2024**.

                                                         s/David M. Lawson
                                                         DAVID M. LAWSON
                                                         United States District Judge

Dated: February 22, 2024