## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| IN RE: CHRYSLER PACIFICA FIRE RECALL PRODUCTS LIABILITY LITIGATION<br><br>MDL No. 3040<br><br>*This Document Relates to: ALL ACTIONS* | Case No. 22-md-03040<br><br>Honorable David M. Lawson<br>Magistrate Judge Elizabeth S. Stafford |

## **INDEX OF EXHIBITS**

Exhibit 1:   *'In the thick of it': Flu, COVID-19, RSV spread misery across Michigan yet again*, DETROIT FREE PRESS

Exhibit 2:   *25 states see 'high,' or 'very high' levels of respiratory illness activity: CDC*, ABC NEWS

Exhibit 3:   *People with Certain Medical Conditions*, CDC