# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: CHRYSLER PACIFICA FIRE RECALL PRODUCTS LIABILITY LITIGATION<br><br>MDL No. 3040 | Case No. 2:22-cv-03040-DML<br><br>Hon. David M. Lawson |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rachel E. Fitzpatrick of Hagens Berman Sobol Shapiro LLP hereby enters her appearance as counsel of record on behalf of Plaintiffs in the above-captioned matter.

DATED: March 1, 2024

Respectfully submitted,

*/s/ Rachel E. Fitzpatrick*
Rachel E. Fitzpatrick
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Telephone: (602) 224-2626
Email: rachelf@hbsslaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on March 1, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will notify all counsel of record authorized to receive such filings.

*/s/ Rachel E. Fitzpatrick*
Rachel E. Fitzpatrick
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Telephone: (602) 224-2626
Email: rachelf@hbsslaw.com

*Attorney for Plaintiffs*