UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robyn Reilman, et al.,

                Plaintiff(s),

v.                                    Case No. 2:22−cv−03040−DML−EAS
                                           Hon. David M. Lawson

FCA U.S., L.L.C., et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 775, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  March 26, 2024 at 03:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/S. Pinkowski
                                                         Case Manager

Dated:  March 15, 2024