UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

MDL No. 3040

Case Number 22-3040
Honorable David M. Lawson

_____/

### ORDER STRIKING IMPROPER FILINGS

On March 7, 2024, attorneys Thomas E. Loeser and Alison H. Rodney filed notices of their purported withdrawals as counsel of record for their respective clients. Those notices were filed improperly because, under the local rules of this district, "[a]n attorney's appearance continues until entry of (A) a final order or judgment disposing of all claims by or against the party the attorney represents, or (B) a withdrawal or substitution order," and "[a]n attorney may withdraw or be substituted for only on order of the court." E.D. Mich. LR 83.25(b)(1)-(2). Moreover, the "notices" do not indicate that the attorneys who desire to withdraw made any effort to seek concurrence in the relief requested from counsel for the opposing parties, as they were required to do before filing any motion to withdraw. *See* E.D. Mich. LR 7.1(a) . Attorneys Loeser and Rodney have not sought leave to withdraw their appearances, and leave to withdraw has not been granted by the Court. The improper notices therefore will be stricken.

Accordingly, it is **ORDERED** that the notices of withdrawal by attorneys Thomas E. Loeser and Alison H. Rodney (ECF No. 104, 105) are **STRICKEN**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  March 15, 2024