# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: CHRYSLER PACIFICA FIRE RECALL PRODUCTS LIABILITY LITIGATION<br><br>MDL No. 3040 | Case No. 2:22-cv-03040-DML<br><br>Hon. David M. Lawson |

**NOTICE OF SUPPLEMENTAL AUTHORITY AS TO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER FROM REQUIRING PLAINTIFFS TO TRAVEL TO THE EASTERN DISTRICT OF <u>MICHIGAN FOR IN-PERSON DEPOSITIONS</u>**

In Plaintiffs' "Motion for a Protective Order from Requiring Plaintiffs to Travel to the Eastern District of Michigan for In-Person Depositions" (ECF No. 83), Plaintiffs state that they filed in this District because they "assumed (correctly) that FCA would argue that Michigan is the proper venue for this case." *Id.* at PageID.4280. "If each Plaintiff had filed suit in their home jurisdiction (a wasteful and ineffective practice) [the cases] would have undoubtedly been consolidated and transferred to this District." *Id.*

Plaintiffs' argument is supported by FCA's recent filing of a "Motion to Transfer Pursuant to 28 U.S.C. § 1404(a)" on March 8, 2024, in *Biederman, et al. v. FCA US LLC, et al.*, Case No. 3:23-cv-06640 (N.D. Cal.), a case in which certain consumers allege FCA's noncompliance with federal emission regulations. *See* Exhibit 1. Plaintiffs here submit this Motion to Transfer as supplemental authority. FCA has moved to transfer the *Biederman* case, filed by three California residents, from the Northern District of California to the Eastern District of Michigan for numerous reasons, including "the convenience of the parties," "the convenience of the witnesses," "the ease of access to the evidence," the Eastern District's "familiarity" with the applicable law, "local interest of the controversy," and "relative court congestion and time to trial." *Id.* at 12-17.

1

Dated: March 19, 2024                    Respectfully submitted,

**THE MILLER LAW FIRM, P.C.**

/s/ *E. Powell Miller*
E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Rachel E. Fitzpatrick
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Telephone: (602) 224-2626
rachelf@hbsslaw.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

**BARRACK RODOS & BACINE**
Stephen R. Basser
Samuel M. Ward
600 W Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
sbasser@barrack.com

**COTCHETT, PITRE & McCARTHY**
Niall McCarthy
Karin Swope
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
NMcCarthy@cpmlegal.com
Kswope@cpmlegal.com

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
Gayle Blatt
Camille Guerra
110 Laurel Street
San Diego, CA 92101-1486
Telephone: (619) 238-1811
gmb@cglaw.com

*Interim Plaintiffs' Steering Committee for Plaintiffs and the Proposed Class*

4

## **CERTIFICATE OF SERVICE**

I, E. Powell Miller, certify that on March 19, 2024, the foregoing was electronically filed using the CM/ECF system which will send notification of such filing to the e-amil address registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

>*/s/ E. Powell Miller*
>E. Powell Miller