# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: CHRYSLER PACIFICA FIRE RECALL PRODUCTS LIABILITY LITIGATION<br><br>MDL No. 3040 | Case No. 2:22-cv-03040-DML<br><br>Hon. David M. Lawson |

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

TO THE CLERK OF THE COURT AND ALL PARTIES IN THIS ACTION:

Pursuant to Local Rule 11.2, effective April 1, 2024, Stephen A. D'Aunoy, Thomas L. Azar, Jr., and Scott H. Morgan, counsel for Defendant FCA US LLC, hereby notify the Court and the parties that their address and contact information have changed.

Their new address and contact information is as follows. They respectfully request that the Clerk update this information, and that service of all future pleadings, papers, correspondence and electronic filings in this action be made at:

    Stephen A. D'Aunoy
    Klein Thomas Lee & Fresard
    100 N. Broadway, Suite 1600
    St. Louis, MO  63102
    Telephone:  314-888-2970
    steve.daunoy@kleinthomaslaw.com

Thomas L. Azar, Jr.
Klein Thomas Lee & Fresard
100 N. Broadway, Suite 1600
St. Louis, MO  63102
Telephone:  314-888-2970
tom.azar@kleinthomaslaw.com

Scott H. Morgan
Klein Thomas Lee & Fresard
100 N. Broadway, Suite 1600
St. Louis, MO  63102
Telephone:  314-888-2970
scott.morgan@kleinthomaslaw.com

Dated: March 29, 2024                    Respectfully submitted,

**THOMPSON COBURN LLP**

 */s/ Stephen A. D'Aunoy*
Stephen A. D'Aunoy (MO/54961)
Thomas L. Azar, Jr. (MO/56634)
Scott H. Morgan (MO/61853)
One US Bank Plaza
St. Louis, Missouri  63101
T:  (314) 552-6000
sdaunoy@thompsoncoburn.com
tazar@thompsoncoburn.com
smorgan@thompsoncoburn.com

                      **KLEIN THOMAS & LEE LLC**
                      Fred J. Fresard (P43694)
                      Ian K. Edwards (P82021)
                      101 W. Big Beaver Rd., Ste 1400
                      Troy, Michigan 48084
                      T: (602) 935-8300
                      fred.fresard@kleinthomaslaw.com
                      ian.edwards@kleinthomaslaw.com

                      *Attorneys for Defendant FCA US LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 29, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

                      */s/ Stephen A. D'Aunoy*