UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

Case Number 22-3040
Honorable David M. Lawson

MDL No. 3040

_____/

## ORDER GRANTING MOTIONS TO WITHDRAW

This matter is before the Court on motions by attorneys Alison H. Rodney and Carl L. Rowley for leave to withdraw their appearances as counsel of record for the defendant in this and all of the consolidated actions included in this multidistrict litigation.  The Court has reviewed the motions to withdraw and finds that they should be granted.

Accordingly, it is **ORDERED** that the motions by attorneys Alison H. Rodney and Carl L. Rowley for leave to withdraw their appearances as counsel of record for the defendant (ECF No. 109, 110) are **GRANTED**, their appearances as counsel of record for the defendant in the main MDL case and in the consolidated actions are **WITHDRAWN**, and they are discharged from any further responsibility to the Court in this multidistrict litigation and in the related matters.

It is further **ORDERED** that the Clerk of Court shall **TERMINATE** the appearances of attorneys Alison H. Rodney and Carl L. Rowley on the MDL master docket and in all of the consolidated actions.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  March 28, 2024