# EXHIBIT 8

## Battery Recall

23.06.2021



## ELECTRICAL SAFETY RECALL

August 2022
**What is the issue?**
LG Energy Solution Australia is undertaking a safety recall for certain residential energy storage system batteries (ESS Home Batteries) equipped with cell manufactured between 29 March 2017 and 13 September 2018.
The affected ESS Home Batteries may overheat and catch fire and cause injury or death and/or damage to property. Incidents have occurred and caused damage to property.
LG Energy Solution Australia first announced the safety recall on 24 February 2021 and later expanded the recall in August 2021 to include additional models. A recall notice is available on the Product Safety Australia website **here.**

Click **here** to watch a video about **how to check the serial number** of your "RESU" battery

**To check whether your battery is affected, please enter your battery's serial number in the serial number check page** 

**What products are affected?**
ESS Home Batteries are marked with a unique serial number, which can be used to identify affected batteries.
Models with affected batteries include:
RESU models
• RESU3.3
• RESU6.5
• RESU10
• RESU13
• RESU7H Type R
• RESU10H Type C
• RESU10H Type R
• RESU10H Type R Secondary
S/A Gen2 models
• S/A Gen2 1P (EM048063P3S4, EM048063P3S5)
• S/A Gen2 2P (EM048126P3S7)



The affected ESS Home Batteries were supplied nationally to consumers from 15 May 2017 via various residential solar energy storage system retailers, installers and distributors including:
• AGL Energy
• Baywa
• CSR
• Eguana Technologies

• Energy Australia
• Krannich Solar
• MMEM
• One Stop Warehouse
• Rheem
• Red Earth Energy Storage
• Redback Technologies
• Solar Juice
• SolaX
• Sonepar (as Solar Plus Solutions)
• Supply Partners
• VARTA
• Various residential solar energy storage system retailers

Affected RESU batteries are LG branded systems. Affected S/A Gen2 batteries are installed in non-LG branded systems including:
• SolaX Power Station, SolaX X-Cabinet and Opal Storage (also included in a related recall by SolaX **here**)
• Redback SH5000
• Red Earth Sunrise and Red Earth Drop Bear
• Eguana Evolve
• VARTA Pulse Neo.

How do I know if I have an affected battery?

You will need to first identify the serial number of your ESS Home Battery.
If you have a RESU battery (LG branded system):
• Please use the guidance at the bottom of this page to identify your battery's serial number. If you need help, please immediately contact LG Energy Solut Australia using the contact details below.

• To check whether your battery is affected, please enter your battery's serial number in the serial number check page **here**
If you have a Redback SH5000, Red Earth Sunrise, Red Earth Drop Bear, Evolve or Pulse Neo residential energy storage system:
• Please contact LG Energy Solution Australia using the contact details below for help in identifying whether your battery is affected.
• If you happen to have the internal LG-branded battery serial number already available, you can also check whether your battery is affected by entering yo battery's serial number in the serial number check page **here**

If you have a SolaX X-Cabinet, SolaX Power Station, or an Opal Storage-branded system:
• Please contact SolaX Power by email at service@solaxpower.com or by telephone at 1300 476 529 for help in identifying whether your battery is affected
• If you happen to have the internal LG-branded battery serial number already available, you can also check whether your battery is affected by entering yo battery's serial number in the serial number check page **here**

What do I do if my battery is affected?
• If your battery is affected, you should immediately switch off your battery storage system and keep it switched off to minimise the risk of fire.
• To switch off the battery storage systems safely, you should refer to the instructions for the battery storage system or contact the installer or LGESAU for advice.

What happens next?
• LG Energy Solution Australia will replace affected ESS Home Batteries in the coming months as replacement units become available. This replacement w be free of charge (including technician time). LG Energy Solution Australia can advise whether a replacement battery is currently available in stock (or whe one will be available).
• If you do not wish to wait for a replacement, LG Energy Solution Australia will provide you a full refund of your battery and remove the battery from your premises.
• Until a replacement is available, LG Energy Solution Australia is also offering to reduce the maximum state of charge of the battery to 75% to reduce the risk of fire until the batteries are replaced or removed.
• This charge reduction is only a short-term remedial measure.
• This charge reduction cannot be applied to RESU10H Type-C batteries, which must be switched off until replacement or removal.
• LG Energy Solution Australia can apply this charge reduction remotely where possible and will organise site visits for charge reductions to batteries that cannot be accessed remotely.
• LG Energy Solution Australia is offering compensation to consumers to offset any increases to electricity bills following switch-off or charge reduction of affected batteries.

CONTACT US

If you have any questions, please contact LG Energy Solution Australia by e-mail to **productau@lgensol.com** or by phone at the following numbers:

• From Australia: 1300 677 273
• From New Zealand mobile: (+61) 1300 677 273.

• From New Zealand land phone: 0061 1300 677 273

**About LG Energy Solution**

LG Energy Solution is a global leader delivering advanced lithium-ion batteries for Electric Vehicles (EV), Mobility & IT applications, and Energy Storage Systems (ESS). With 30 years of experience in advanced battery technology, it continues to grow rapidly towards the realization of sustainable life. With over 23,000 employees working within its robust global network that spans the US, Europe, Asia, and Australia, LG Energy Solution is more committed than ever to developing innovative technologies that will bring the future energy a step closer. For more information, please visit **https://www.lgensol.com.**

## How to identify the serial number of your RESU battery:

The following illustration shows how the unique serial number appears on a sample ESS RESU Home Battery. Serial numbers begin with "R" and are 22 or 23 characters (a mix of letters and numbers). In the example below, the unique serial number is "R15563P3SSEG11610317001".




**For RESU 7H and RESU10H (Type C, Type R and Type R (Secondary)).**
There are two methods to check the serial number which appears in two places.
1. Underneath the battery, adjacent to the cable entry. By using a smartphone, you can photograph this label. You could try selfie mode.



Please note that with this method, it may not be possible to capture the QR code, meaning you need to transcribe the serial number manually.
2. Behind the access cover at the bottom right of the battery. To access:
(i) Open the two latches by pressing the child-proof tab with your thumb before unlatching.





(ii) Remove the access cover by opening slightly (2-10 degrees) and lifting off. Be sure to lift the door off - it is not hinged.



(iii)   You can then see the serial number label on a clear plastic cover. You can either photograph and transcribe it manually or, if your smart-phone has QR capture, direct it at the QR code to capture as text.




(iv) Reattach the cover by holding in place and re-latching.


For RESU3.3, RESU6.5, RESU13 and RESU10
It is not always possible for customers to directly determine the serial number, due to its location underneath battery cables, but you may attempt before turning to alternatives.

To determine the serial number directly:
i. Look to the Right-Hand side of the battery.



ii. You may see the serial number label partially obscured by battery cables and/or conduit. You can either photograph and transcribe it manually or, if your smart-phone has QR capture, direct it at the QR code to capture as text.



Do NOT attempt to dismantle the battery or cabling for easier access to the serial number. Instead, use an alternative option.

Alternative options are:
1. Check your installer-provided documentation to see if your installer included your battery serial number.

2. Contacting your installer to check if they recorded your battery serial number in their internal records.

3. Arranging a site visit for your installer or a qualified electrician to check your serial number. Please ask them to first contact LG Energy Solution Australia product department at productau@lgensol.com or on 1300 677 273 prior to their visit so we can provide technical guidance and arrange payment for their time.

4. Contacting LG Energy Solution Australia's product department to arrange an inspection and (if applicable) a replacement free of charge.
For further information, please contact LG Energy Solution Australia's product department by phone on 1300 677 273 or email at **productau@lgensol.com**