UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

Case Number 22-3040
Honorable David M. Lawson

MDL No. 3040

_____/

**ORDER OF PARTIAL DISMISSAL**

Pursuant to the stipulation of the parties (ECF No. 134),

It is **ORDERED** that all of the claims against the defendant by plaintiffs Elias Ramirez and Michelle Tinio Ramirez **ONLY** are **DISMISSED WITHOUT PREJUDICE**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: June 20, 2024