UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robyn Reilman, et al.,

                Plaintiff(s),

v.                                            Case No. 2:22−cv−03040−DML−EAS
                                                 Hon. David M. Lawson

FCA U.S., L.L.C., et al.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Elizabeth A. Stafford for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

    Motion to Compel – #143

                                               s/David M. Lawson
                                             David M. Lawson
                                             United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                             s/S. Pinkowski
                                             Case Manager

Dated:  July 3, 2024