# EXHIBIT 1

En Español   En Français   Media Contacts   Blog

BRANDS & PRODUCTS    CORPORATE    PHOTOS    VIDEO    AUTO SHOWS & EVENTS

TECHNOLOGY    GLOBAL NEWS

HOME > CORPORATE > SAFETY

Download
Print

## Statement: Customer Advisory

**July 18, 2024**
**, Auburn Hills, Mich. -**
FCA US LLC is recalling an estimated 19,516 U.S.-market plug-in hybrid minivans to resolve a potential fire risk.

A company review of warranty data discovered seven fires in this vehicle population. All occurred when the vehicles were turned

## CONTACT INFORMATION

**Frank Matyok**
Office: (248) 934-5909

frank.j.matyok@stellantis.com

**Eric Mayne**
Cell: 248-760-2429

eric.mayne@stellantis.com

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

Accept

Four customers reported symptoms consistent with smoke inhalation. The company is unaware of any related accidents.

The company is continuing its investigation. However, it has been determined the events were linked to a rare abnormality in individual cells of the model's high-voltage battery pack.

**Vehicle risk is reduced when the battery charge level is depleted. Accordingly, owners are advised to refrain from recharging. Out of an abundance of caution, Stellantis is also advising owners of these vehicles to park away from**

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.

**obtained.**

The remedy is undergoing validation by Stellantis engineers. It involves a software update designed to detect the abnormality; if found, dealers will replace the vehicle's high-voltage battery free of charge.

**The recall is limited to certain model-year 2017-2021 Chrysler Pacifica Hybrids. This population includes vehicles that may have been previously remedied with a similar software update; later models benefit from an improved manufacturing process and account for a majority of Pacifica Hybrid production.**

By using this website, you consent to our use of cookies as described in our [privacy policy](#) and [terms of service](#).

advised about service availability by first-class mail. Customers wishing to confirm whether or not their vehicles are subject to recall may check with dealers or consult online VIN-search engines, such as [recalls.mopar.com](recalls.mopar.com) or [checktoprotect.org](checktoprotect.org), after July 24.

**The vehicles may be driven. Customers with additional concerns may call the company's customer care line at 1-800-853-1403.**

The recall affects additional vehicles in Canada (est. 2,912) and certain markets outside North America (est. 1,683).

By using this website, you consent to our use of cookies as described in our [privacy policy](privacy policy) and [terms of service](terms of service).

Privacy Statement   |   Legal Notices and Terms   |   Canada Social Compliance

© 2024 FCA. All Rights Reserved.
Chrysler, Dodge, Jeep, Ram, Mopar and SRT are registered trademarks of FCA.
ALFA ROMEO and FIAT are registered trademarks of FCA Group Marketing S.p.A., used with permission.

By using this website, you consent to our use of cookies as described in our privacy policy and terms of service.