# EXHIBIT 2

Eldon Leaphart
May 14th, 2024

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF MICHIGAN
 3                     SOUTHERN DIVISION
 4
 5   IN RE: CHRYSLER PACIFICA FIRE
 6   RECALL PRODUCTS LIABILITY
 7   LITIGATION
 8
 9                              Case No. 2:22-CV-03040-DML
10
11   _____/
12                  VIDEOTAPED DEPOSITION
13
14   DEPONENT:        ELDON LEAPHART
15   DATE:            Tuesday, May 14, 2024
16   TIME:            9:59 a.m.
17   LOCATION:        Remote Location
18   REPORTER:        Megan Walter, CSR-9352
19   VIDEO:           Alex Thompson
20                    Core Litigation Support, LLC, Firm-8546
21
22
23
24
25
```

```
 1        repeat that again?
 2   Q.   (By Ms. Fitzpatrick): That wasn't a greet
 3        question I the way I phrased that.
 4             What I'm asking is are you aware
 5        of -- do you have any knowledge of FCA being
 6        a -- having identified any other components in
 7        these two model years that are subject to the
 8        recall, any other components having some --
 9        having a fire risk, having the fire risk that
10        is the source of this -- the subject of this
11        recall?
12             MR. AZAR:  Object to the form.
13             THE WITNESS:  So the recall itself
14        cites fire risk.  The suspected component is
15        the battery pack or one of the suspected
16        components.  But the fact that there is no
17        conclusive root cause, and the fact that of the
18        fourteen that are listed, HV battery is not
19        conclusively the origin and cause for every
20        single one of those fourteen, it leaves open
21        the fact that there is potential for either the
22        interaction between other components to be
23        considered as factors.  But certainly, the
24        focus has been on the high voltage battery.
25   Q.   (By Ms. Fitzpatrick): Well, I mean should
```

159

Eldon Leaphart
May 14th, 2024

1    consumers be worried because the only part that
2    FCA's identifying to NHTSA as the source of
3    this fire risk is this battery assembly pack,
4    when it sounds like it's your opinion that it
5    could be something else outside of that?
6           MR. AZAR:  Object to the form.
7           THE WITNESS:  Again, I'm getting back
8    to what the recall is saying.  I'm just getting
9    back to the facts.  The facts for the recall
10   are, yes, there is a fire risk.  Yes, the
11   battery, high voltage battery is on the list of
12   suspected components.
13          If we look at where this has
14   occurred, of those fourteen vehicles, there
15   are -- and I'm looking at one of the Bates
16   documents that was listed.  There are one, two,
17   three, four, five -- seven.  So fifty percent
18   of these fourteen that are listed definitively
19   say high voltage battery is where the fire
20   started.
21          For the rest of them, it's unknown.
22   And so from that standpoint, I cannot rule out
23   that there may be other components that either
24   directly or indirectly, and most likely it
25   would be indirectly.  Have some effect on an

160

```
 1        increased fire risk.
 2   Q.   (By Ms. Fitzpatrick): And isn't it also a fact
 3        that FCA is not identifying any other suspect
 4        components at this point in the Z11 recall,
 5        besides the pack -- go ahead.
 6              MR. AZAR:  Sorry.  Finish your
 7        question.  I thought you were done.
 8   Q.   (By Ms. Fitzpatrick): I trailed off, but isn't
 9        it a fact, because we're talking about facts
10        here, that the FCA has not identified any other
11        suspect component parts in its recall and
12        communications with NHTSA, public
13        communications with NHTSA?
14              MR. AZAR:  Object to the form.
15              THE WITNESS:  I boil that all under
16        they have not declared a conclusive remedy.  It
17        does not eliminate the possibility that there
18        is some system interaction with respect to
19        modules that interface with the battery that
20        could be implicated as root causes.
21   Q.   (By Ms. Fitzpatrick): And that's fine that
22        that's your position.  But you -- but what I am
23        asking is for you to confirm that FCA is not
24        identifying any other suspect components in
25        this recall.
                          161
```

```
1   STATE OF MICHIGAN    )
2   COUNTY OF OAKLAND    )
3
4              Certificate of Notary Public
5       I certify that this transcript, consisting
6   237 pages, is a complete, true, and correct record of the
7   testimony of ELDON LEAPHART held in this case on May 14,
8   2024.
9       I also certify that prior to taking this
10  deposition, ELDON LEAPHART was duly sworn to tell
11  the truth pursuant to Michigan law on notarial acts
12  55.265 Section 5(d)(i)(i).
13      I further certify that I am not related to any of
14  the parties or their attorneys or agents, nor am I an
15  employee of any of the parties or their attorneys; and
16  that I am not interested directly, indirectly, or
17  financially in the matter of controversy.
18
19  [Signature: Megan Walter]
20  Megan Walter, CSR-9352
21  Core Litigation Support, LLC
22  Certified Shorthand Reporter
23  Notary Public, Oakland County, Michigan
24  My Commission expires 10/11/2024
25  Date: May 20, 2024
```

237

*In re: Chrysler Pacifica Fire Recall Products Liability Litigation*
Case No. 2:22-CV-03040-DML-EAS, MDL No. 3040

Errata Sheet for the May 14, 2024, Deposition of Eldon Leaphart

## ERRATA

I, Eldon Leaphart, have read my testimony in the foregoing transcript and believe it to be true and correct with the following changes:

| Page / Line | Change | Reason |
| --- | --- | --- |
| Page 9, lines 13 | "does" should be "do" | Grammar |
| Page 29, line 3 | "I had" should be "I've had" | Grammar |
| Page 61, line 15 | "pierce" should be "piece" | Mis-Spelled |
| Page 62, line 1 | "IT" should be "IP (instrument panel)" | Incorrect |
| Page 69, line 9 | "leases" should be "releases" | Incorrect |
| Page 70, line 20 | "terms" should be "terms," | Clarify |
| Page 73, line 13 | "They were provided" should be "they provided" | Clarify |
| Page 90, line 8 | "do do to try" should be "do, to try" | Clarify |
| Page 107, line 24 | "fights" should be "cites" | Incorrect |
| Page 109, line 25 | "Yelder's" should be "Gelder's" | Incorrect |
| Page 151, lines 20-21 | "cause is has" should be "cause has" | Clarify |
| Page 154, line 10 | "point is is that" should be "point is that" | Clarify |
| Page 165, line 24 | "inconclusively" should be "conclusively" | Incorrect |
| Page 169, line 25 | "was to the to evaluate" should be "was to evaluate" | Clarify |
| Page 177, line 8 | "2014" should be "2017" | Incorrect |
| Page 208, line 14 | "different" should be "differences" | Grammar |
| Page 222, line 22 | "section 330" should be "Section 3.3" | Incorrect |

_____
ELDON LEAPHART

Date: 7/2/2024