# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: CHRYSLER PACIFICA FIRE RECALL PRODUCTS LIABILITY LITIGATION<br><br>MDL No. 3040 | Case No. 2:22-cv-03040-DML<br><br>Hon. David M. Lawson<br><br>Mag. Judge Elizabeth A. Stafford |

### STIPULATED ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DISCOVERY AS MOOT

1. On July 3, 2024, Plaintiffs file a Motion to Compel Discovery. ECF No. 143.

2. The Motion was referred to Magistrate Judge Stafford that same day. ECF No. 144.

3. On July 15, 2024, the Parties participated in a status conference with Judge Stafford to discuss the pending Motion.

4. Shortly thereafter, FCA US produced the information Plaintiffs sought in the Motion to Compel. The Parties informed the Court of this development during the July 23, 2024 status conference.

THUS, the Court hereby DENIES Plaintiffs' Motion to Compel (ECF No. 143) as MOOT.

Dated: July 31, 2024                                    s/Elizabeth A. Stafford
                                                        Hon. Elizabeth A. Stafford
                                                        United States Magistrate Judge

Dated: July 31, 2024                                    Respectfully submitted,

**KLEIN THOMAS LEE &**                                  **THE MILLER LAW FIRM, P.C.**
**FRESARD LLC**

 /s/ Stephen A. D'Aunoy (w/consent)                     /s/ Dennis A. Lienhardt
Stephen A. D'Aunoy (MO/54961)                           E. Powell Miller (P39487)
Scott H. Morgan (MO/61853)                              Dennis A. Lienhardt (P81118)
100 N. Broadway, Ste. 1600                              Dana E. Fraser (P82873)
St. Louis, Missouri 63102                               950 West University Drive, Suite 300
Tel: (314) 888-2970                                     Rochester, MI 48307
steve.daunoy@kleinthomaslaw.com                         Telephone: (248) 841-2200
scott.morgan@kleinthomaslaw.com                         epm@millerlawpc.com
                                                        dal@millerlawpc.com
Fred J. Fresard (P43694)                                def@millerlawpc.com
Ian K. Edwards (P82021)
101 W. Big Beaver Rd., Ste 1400                         **HAGENS BERMAN SOBOL**
Troy, Michigan 48084                                    **SHAPIRO LLP**
T:  (602) 935-8300                                      Steve W. Berman
fred.fresard@kleinthomaslaw.com                         1301 Second Avenue, Suite 2000
ian.edwards@kleinthomaslaw.com                          Seattle, WA 98101
                                                        Telephone: (206) 623-7292
*Attorneys for Defendant FCA US LLC*                    steve@hbsslaw.com

                                                        Rachel E. Fitzpatrick
                                                        11 West Jefferson Street, Suite 1000
                                                        Phoenix, AZ 85003
                                                        Telephone: (602) 224-2626
                                                        rachelf@hbsslaw.com

                                                        *Interim Co-Lead Counsel for Plaintiffs*
                                                        *and the Proposed Class*

**BARRACK RODOS & BACINE**
Stephen R. Basser
Samuel M. Ward
600 W Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
sbasser@barrack.com

**COTCHETT, PITRE & McCARTHY**
Niall McCarthy
Karin Swope
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
NMcCarthy@cpmlegal.com
Kswope@cpmlegal.com

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
Gayle Blatt
Camille Guerra
110 Laurel Street
San Diego, CA 92101-1486
Telephone: (619) 238-1811
gmb@cglaw.com

*Interim Plaintiffs' Steering Committee for Plaintiffs and the Proposed Class*