UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robyn Reilman, et al.,

                Plaintiff(s),

v.                                                     Case No. 2:22−cv−03040−DML−EAS
                                                     Hon. David M. Lawson

FCA U.S., L.L.C., et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 767, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE: August 13, 2024 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/S. Pinkowski
                                                             Case Manager

Dated:   August 2, 2024