UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

Case Number 22-3040
Honorable David M. Lawson

MDL No. 3040

_____/

## ORDER OF PARTIAL DISMISSAL

Pursuant to the stipulation of the parties (ECF No. 165), it is **ORDERED** that all of the

claims against the defendant by plaintiff David Lawrence **ONLY** are **DISMISSED WITHOUT**

**PREJUDICE**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  August 14, 2024