# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: CHRYSLER PACIFICA FIRE RECALL PRODUCTS LIABILITY LITIGATION,<br><br>MDL No. 3040 | Case No.: 22-md-03040<br><br>Hon. David M. Lawson<br><br>Magistrate Judge Elizabeth A. Stafford |

### NOTICE OF WITHDRAWAL OF DEFENDANT FCA US LLC'S MOTION TO COMPEL PLAINTIFFS CLEA AND LADD VAN TOL TO ARBITRATION AND TO STAY PROCEEDINGS PENDING ARBITRATION

On July 30, 2024, FCA US LLC moved to compel Plaintiffs Clea and Ladd Van Tol to arbitration and to stay proceedings on their claims pending the outcome of arbitration. *See* ECF No. 160, PageID.7433. FCA withdraws the motion.

Respectfully submitted,

**KLEIN THOMAS LEE & FRESARD**

By: */s/ Brandon L. Boxler*
Stephen A. D'Aunoy (MO/54961)
Thomas L. Azar, Jr. (MO/56634)
Scott H. Morgan (MO/61853)
100 N. Broadway, Ste. 1600
St. Louis, Missouri 63102
T: (314) 888-2970
stephen.daunoy@kleinthomaslaw.com
tom.azar@kleinthomaslaw.com
scott.morgan@kleinthomaslaw.com

        Fred J. Fresard (P43694)
        Ian K. Edwards (P82021)
        Ellisse S. Thompson (P78054)
        101 W. Big Beaver Rd., Ste. 1400
        Troy, Michigan 48084
        T: (602) 935-8300
        fred.fresard@kleinthomaslaw.com
        ian.edwards@kleinthomaslaw.com
        ellisse.thompson@kleinthomaslaw.com

        Brandon L. Boxler (VSB 81884)
        919 E. Main St., Ste. 1000
        Richmond, Virginia 23219
        T: (703) 621-2109
        brandon.boxler@kleinthomaslaw.com

        *Attorneys for Defendant FCA US LLC*

## **CERTIFICATE OF SERVICE**

I certify that on August 20, 2024, I electronically filed this document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record.

/s/ Brandon L. Boxler