UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robyn Reilman, et al.,

                Plaintiff(s),

v.                                  Case No. 2:22−cv−03040−DML−EAS
                                        Hon. David M. Lawson

FCA U.S., L.L.C., et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 767. The following motion(s) are scheduled for hearing:

    Motion to Compel – #171

- MOTION HEARING: September 18, 2024 at 09:30 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/S. Pinkowski
                                                        Case Manager

Dated:  August 26, 2024