UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robyn Reilman, et al.,

           Plaintiff(s),

v.                                    Case No. 2:22−cv−03040−DML−EAS
                                         Hon. David M. Lawson

FCA U.S., L.L.C., et al.,

           Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 767. The following motion(s) are scheduled for hearing:

        Motion for Order − #130
        Motion − #131
        Motion for Order − #132
        Motion − #133

- MOTION HEARING: December 11, 2024 at 02:00 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/S. Pinkowski
                                                  Case Manager

Dated:  August 26, 2024