UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

MDL No. 3040

Case Number 22-3040
Honorable David M. Lawson

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION

This matter came before the Court for a hearing on the defendant's motion to compel two plaintiffs who recently joined the litigation to submit their claims to binding arbitration. During the hearing, the Court announced from the bench its decision to grant the motion. The issues raised in the present are not materially distinguishable from the issues and factual background presented in an earlier motion compelling other plaintiffs to submit their case to arbitration, which the Court adopts and incorporates herein. *See Bernardoni v. FCA US LLC*, No. 23-12881, 2024 WL 3103316 (E.D. Mich. June 20, 2024). With the issuance of this ruling, all of the plaintiffs in the related *Bernardoni* matter have been referred to binding arbitration. The Court therefore will stay the proceedings in that related matter in their entirety until the arbitrations of the several plaintiffs have concluded.

Accordingly, it is **ORDERED** that the defendant's motion to compel arbitration (ECF No. 171) is **GRANTED** for the reasons stated on the record.

It is further **ORDERED** that the dispute concerning plaintiffs Jevechius Bernardoni and Bahar Navab **only** shall be submitted to arbitration in accordance with the contract, and the proceedings on their claims in this Court are **STAYED** until further order of the Court. Nothing in this order shall be considered as a ruling on the merits of the claims.

- 2 -

It is further **ORDERED** that, after the arbitration has concluded, any party may apply to the Court to dissolve the stay and reopen proceedings relating to the Bernardoni and Navab plaintiffs for the purpose of enforcing, confirming, or vacating the arbitral award.

It is further **ORDERED** that this Court shall retain jurisdiction to review and enforce or vacate the arbitral award.

It is further **ORDERED** that all proceedings in the related matter of *Bernardoni v. FCA US LLC*, No. 23-12881 (E.D. Mich.), are **STAYED** pending the outcome of the arbitrations or until further order of the Court.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   September 18, 2024