UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

MDL No. 3040

Case Number 22-3040
Honorable David M. Lawson

_____/

## ORDER OF PARTIAL DISMISSAL

Pursuant to the stipulation of the parties (ECF No. 182), it is **ORDERED** that all of the claims against the defendant by plaintiff Nicole Costa **ONLY** are **DISMISSED WITHOUT PREJUDICE**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: November 25, 2024