UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Robyn Reilman, et al.,

                              Plaintiff(s),

v.                                              Case No. 2:22–cv–03040–DML–EAS
                                                Hon. David M. Lawson
FCA U.S., L.L.C., et al.,

                              Defendant(s),

_____

### NOTICE OF MOTION HEARING

   You are hereby notified to appear before District Judge David M. Lawson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 767.  The following motion(s) are scheduled for hearing:

               Motion for Order – #184
               Motion for Order – #185

   • MOTION HEARING:  February 13, 2025 at 10:30 AM


### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                           By: s/S. Pinkowski_____
                              Case Manager

Dated:   December 19, 2024