UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

MDL No. 3040

Case Number 22-3040
Honorable David M. Lawson

_____/

**ORDER EXTENDING BRIEFING SCHEDULE**
**FOR CLASS CERTIFICATION MOTION**

On December 18, 2024, the parties filed a stipulation in which they seek a 30-day extension of the deadlines for filing and briefing the plaintiffs' motion for class certification. The Court has considered the request for a schedule adjustment and finds that it should be granted.

Accordingly, pursuant to the stipulation of the parties (ECF No. 186), it is **ORDERED** that the plaintiffs' motion for class certification must be filed **on or before February 7, 2025**, the defendant's opposition must be filed **on or before March 3, 2025**, and the plaintiffs' reply must be filed **on or before March 17, 2025**. All other provisions of the pretrial orders establishing the case management benchmarks, as previously amended, remain in full force and effect.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  December 19, 2024