UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

Case Number 22-3040
Honorable David M. Lawson

MDL No. 3040

_____/

**ORDER EXTENDING DEADLINES RELATING TO**
**FILING OF MOTION FOR CLASS CERTIFICATION**

On January 22, 2025, the defendant filed a motion to defer the briefing deadlines relating to the plaintiffs' anticipated motion for class certification. The plaintiff did not concur in the request for relief, but the parties subsequently filed a stipulation to adjust the motion filing deadline based on the Court's disposition of the defendant's motion.

The defendant recited several grounds for the request to defer the briefing of questions concerning class certification. The Court is persuaded that an adjustment of the briefing schedule is appropriate based on only one of the stated grounds, which is the defendant's proposal that it would be prudent to await the outcome of the rehearing *en banc* of the defendant's appeal of this Court's class certification ruling in a similar auto defect liability suit, *Speerly v. General Motors LLC*, No. 19-11044 (E.D. Mich.) (6th Cir. No. 23-1940).

Accordingly, it is **ORDERED** that the defendant's motion to defer class certification briefing (ECF No. 198) is **GRANTED**. The plaintiffs' motion for class certification must be filed **within 21 days** after the disposition of the *en banc* proceeding in *Speerly v. General Motors LLC*, No. 19-11044 (E.D. Mich.) (6th Cir. No. 23-1940). The deadlines for filing of the defendant's opposition and the plaintiffs' reply in support of the motion for class certification shall be governed

- 2 -

by the applicable rules of court.

s/David M. Lawson<br>DAVID M. LAWSON<br>United States District Judge

Dated: January 29, 2025