# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 01, 2025

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re:  Case No. 24-1137, *Andrew Berzanskis, et al v. FCA US, LLC*
           Originating Case No. 2:22-cv-03040

Dear Ms. Essix:

  Enclosed is a copy of the mandate filed in this case.

                                   Sincerely yours,

                                   s/Patricia Elder, Senior Case Administrator
                                     For Case Management Specialist: Antoinette

cc:  Mr. Steve W. Berman
      Mr. Brandon L Boxler
      Mr. Stephen D'Aunoy
      Ms. Rachel Elizabeth Fitzpatrick
      Mr. Dennis A. Lienhardt Jr.
      Mr. E. Powell Miller

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-1137

_____

Filed: August 01, 2025

In re: CHRYSLER PACIFICA FIRE RECALL PRODUCTS LIABILITY LITIGATION

-------------------------------

ANDREW BERZANSKIS; MARGARET WILENSKY; VERONICA BRYAN; MICHAEL ALEXANDER CHRISTIE; CHRISTOPHER DORN; MEAGAN POOLE FINDEISS; JAMES CALLAN FINDEISS; CHAD REI MING FONG; RUTH ISABELLA HOFFMAN; JAMES H. KAPPES; ALICIA L. KAPPES; MICHAEL PATRICK KEETH; DIAHANN H. MESSEGUER; SCOTT ALFRED OLSEN; ALEXANDER SHUSTA; JOHN C. SPRUANCE; ANDREW JOSEPH VENTURA; SPENCE S. VOSS

        Plaintiffs - Appellees

v.

FCA US, LLC

        Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 07/10/2025 the mandate for this case hereby issues today.

COSTS: None