UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

MDL No. 3040

Case Number 22-3040
Honorable David M. Lawson

_____/

## ORDER EXTENDING DEADLINES

The parties have filed a stipulation to extend certain deadlines established by the recently issued supplemental scheduling order. The Court has considered the request for a schedule adjustment and finds that it should be granted.

Accordingly, pursuant to the stipulation of the parties (ECF No. 214), the following is **ORDERED**:

1. The deposition of the defendant's Rule 30(b)(6) designee must be completed **on or before November 6, 2025**.

2. The defendant's motion for summary judgment must be filed **on or before November 26, 2025**.

3. Any requests for page limit or briefing schedule extensions for the defendant's dispositive motion must be presented **on or before November 19, 2025**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: October 9, 2025