# Exhibit 4



1101 Laurel Oak Road, Suite 100
Voorhees, NJ 08043

| Invoice Due Date |
|---|
| 6-Oct-25 |
| **Invoice Balance** |
| $600.00 |
| **Case #** |
| 012500039635 |

Unless instructed otherwise, invoice balance due upon receipt

# Invoice

James A. Sheridan, Esq.
FCA US, LLC
1000 Chrysler Drive
CIMS: 485-13-60
Auburn Hills, MI 48326
Via Email to: James.sheridan@stellantis.com

Representing:

  FCA US LLC

In the matter of:

  Case Number: 01-25-0003-9635

  Justin and Katherine Binder
  -vs-
  FCA US LLC

| Invoice Date | Case # | Description | Amount |
|---|---|---|---|
| 5-Sep-25 | 012500039635 | Your Share of Filing Fees | $600.00 |

A secured paylink with instructions to submit payment by e-check or credit card was previously provided in an email.  If you need the paylink resent, please email your request to: consumerfiling@adr.org

Please note that where permitted by law, a 2.6% processing fee will be assessed on payments made by credit card; all such processing fees are non-refundable, regardless of whether AAA fees are later refunded in full or in part. Please note that we no longer accept the American Express card. There is no processing fee for payments made by e-check or debit cards.

If paying by physical check, please make payable to American Arbitration Association, reference your case number with the payment, and send payment and a copy of this invoice via a trackable delivery service to:

American Arbitration Association
1101 Laurel Oak Road, Suite 100
Voorhees, NJ 08043

EIN # 13-0429745

**IMPORTANT NOTE:**  This arbitration is subject to California Code of Civil Procedure 1281.97, and payment must be paid within 30 days of the initial notice or the AAA will close the parties' case. Pursuant to California Code of Civil Procedure 1281.97, the AAA is unable to extend the payment deadline.