# Exhibit 6

| | |
|---|---|
| **From:** | ConsumerFiling@adr.org |
| **To:** | E. Powell Miller; steve@hbsslaw.com; rachelf@hbsslaw.com; Dennis A Lienhardt; James.sheridan@stellantis.com |
| **Subject:** | Justin and Katherine Binder v. FCA US LLC - Case 01-25-0003-9635 |
| **Date:** | Tuesday, October 14, 2025 4:06:37 PM |
| **Attachments:** | 2025-09-05 CSMR Business Payment Request.pdf |
| | 2025-10-14 CSMR Closing Business Failed to Comply.pdf |

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.