UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: CHRYSLER PACIFICA FIRE RECALL PRODUCTS LIABILITY LITIGATION<br><br>MDL No. 3040 | Case No. 2:22-cv-03040-DML<br><br>Hon. David M. Lawson |

**JOINT STATUS REPORT ON INDIVIDUAL ARBITRATIONS**

The Parties jointly provide the status of the Plaintiffs compelled to individual arbitrations (the "Arbitrating Plaintiffs").

1. On August 27, 2025, the Court entered its Order Compelling Arbitration after consideration of the Parties' stipulation as to the procedure for the individual arbitrations. ECF No. 213. Those eighteen Arbitrating Plaintiffs' claims are stayed pending the outcome of the arbitrations. *Id.*

2. The Parties have engaged in negotiations regarding possible resolution of the Arbitrating Plaintiffs' claims and have agreed to settlements-in-principle for sixteen of the eighteen Arbitrating Plaintiffs. The Parties are in the process of drafting those settlement agreements and expect, within the next sixty days, to be able to file notices of voluntary dismissals of those sixteen Plaintiffs' claims.

3. Plaintiffs Andrew Berzanskis and Margaret Wilensky, who jointly purchased a Class Vehicle and have brought claims under Colorado law, have not

agreed to resolve their claims and proceeded with filing an Arbitration Statement of Claim with JAMS. An arbitrator has not yet been appointed.

| | |
|---|---|
| Dated: November 26, 2025 | Respectfully submitted, |

| | |
|---|---|
| **KLEIN THOMAS LEE & FRESARD LLC** | **THE MILLER LAW FIRM, P.C.** |
| /s/ *Scott H. Morgan (w/consent)* | /s/ *Dennis A. Lienhardt* |
| Stephen A. D'Aunoy (MO/54961) | E. Powell Miller (P39487) |
| Scott H. Morgan (MO/61853) | Dennis A. Lienhardt (P81118) |
| 100 N. Broadway, Ste. 1600 | Dana E. Fraser (P82873) |
| St. Louis, Missouri 63102 | 950 West University Drive, Suite 300 |
| Tel: (314) 888-2970 | Rochester, MI 48307 |
| steve.daunoy@kleinthomaslaw.com | Telephone: (248) 841-2200 |
| scott.morgan@kleinthomaslaw.com | epm@millerlawpc.com |
| | dal@millerlawpc.com |
| | def@millerlawpc.com |
| Fred J. Fresard (P43694) | |
| Ian K. Edwards (P82021) | **HAGENS BERMAN SOBOL SHAPIRO LLP** |
| 101 W. Big Beaver Rd., Ste 1400 | Steve W. Berman |
| Troy, Michigan 48084 | 1301 Second Avenue, Suite 2000 |
| T: (602) 935-8300 | Seattle, WA 98101 |
| fred.fresard@kleinthomaslaw.com | Telephone: (206) 623-7292 |
| ian.edwards@kleinthomaslaw.com | steve@hbsslaw.com |
| | |
| *Attorneys for Defendant FCA US LLC* | Rachel E. Fitzpatrick |
| | 11 West Jefferson Street, Suite 1000 |
| | Phoenix, AZ 85003 |
| | Telephone: (602) 224-2626 |
| | rachelf@hbsslaw.com |
| | |
| | *Interim Co-Lead Counsel for Plaintiffs and the Proposed Class* |
| | |
| | **BARRACK RODOS & BACINE** |
| | Stephen R. Basser |
| | Samuel M. Ward |
| | 600 W Broadway, Suite 900 |

2

San Diego, CA 92101
Telephone: (619) 230-0800
sbasser@barrack.com

**COTCHETT, PITRE & McCARTHY**
Niall McCarthy
Karin Swope
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
NMcCarthy@cpmlegal.com
Kswope@cpmlegal.com

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
Gayle Blatt
Camille Guerra
110 Laurel Street
San Diego, CA 92101-1486
Telephone: (619) 238-1811
gmb@cglaw.com

*Interim Plaintiffs' Steering Committee for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2025, I electronically filed the forgoing document(s) using the electronic filing system, which will serve and notify all parties of record.

/s/ *Dennis A. Lienhardt*
Dennis A. Lienhardt (P81118)
