UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:  CHRYSLER PACIFICA FIRE RECALL PRODUCTS LIABILITY LITIGATION<br><br>MDL No. 3040<br><br>*This Document Relates to: ALL CASES* | Case No. 2:22-cv-03040-DML-EAS<br><br>Honorable David M. Lawson<br><br>Magistrate Judge Elizabeth A. Stafford |

**INDEX OF EXHIBITS TO DEFENDANT FCA US LLC'S BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description |
|---|---|
| * | Declaration of Stephen A. D'Aunoy |
| 1 | Excerpts from the Transcript of December 13, 2024, Video Deposition of Defendant FCA US's 30(b)(6) witness **Joshua McDonald ("McDonald Dep.")** and excerpts from the following exhibits thereto:<br>• 7<br>• 26 |
| 2 | Declaration of **Joshua McDonald ("McDonald Decl.")** and the following exhibits thereto:<br>• A, Part 573 Safety Recall Report 24V-536<br>• B, 73B Recall Instructions, December 2024<br>• C, 2017 Pacifica Hybrid Warranty Booklet<br>• D, 2018 Pacifica Hybrid Warranty Booklet |
| 3 | Technical Expert Report of **Scott Moura, PhD**, dated December 20, 2024 **("Moura Report")** |

| Exhibit | Description |
|---|---|
| 4 | Excerpts from the Transcript of June 19, 2024, Video Deposition of Plaintiff **Scott Carney ("Carney Dep.")** |
| 5 | Excerpts from the Transcript of May 24, 2024, Video Deposition of Plaintiff **Sean Clancy ("Clancy Dep.")** |
| 6 | Excerpts from the Transcript of March 22, 2024, Video Deposition of Plaintiff **Rodrigo Nieto Gomez ("Nieto Gomez Dep.")** |
| 7 | Excerpts from the Transcript of July 9, 2024, Video Deposition of Plaintiff **Monte Macias ("Mo. Macias Dep.")** |
| 8 | Excerpts from the Transcript of July 9, 20024, Video Deposition of Plaintiff **Marie Macias ("Ma. Macias Dep.")** |
| 9 | Excerpts from the Transcript of August 5, 2024, Video Deposition of Plaintiff **Robyn Reilman ("Reilman Dep.")** |
| 10 | Excerpts from the Transcript of June 6, 2024, Video Deposition of Plaintiff **Peter Keefe ("P. Keefe Dep.")**, and excerpts from the following exhibits thereto:<br>- C |
| 11 | Excerpts from the Transcript of May 8, 2024, Video Deposition of Plaintiff **John Latacki ("Latacki Dep.")** |
| 12 | Excerpts from the Transcript of May 22, 2024, Video Deposition of Plaintiff **James Quattropani ("Quattropani Dep.")**, and excerpts from the following exhibits thereto:<br>- A<br>- C |
| 13 | Excerpts from the Transcript of June 3, 2024, Video Deposition of Plaintiff **Tim Ferguson ("Ferguson Dep.")** |
| 14 | Plaintiff **Tim Ferguson's** First Supplemental Responses to FCA US's First Set of Interrogatories |

| Exhibit | Description |
| --- | --- |
| 15 | Excerpts from the Transcript of September 20, 2024, Video Deposition of Plaintiff **Owen Ryan** ("Ryan Dep.") |
| 16 | Excerpts from the Transcript of May 28, 2024, Video Deposition of Plaintiff **Devlin Su** ("Su Dep.") |
| 17 | Plaintiff **Devlin Su's** Second Supplemental Responses to FCA US's First Set of Interrogatories |
| 18 | Excerpts from the Transcript of June 11, 2024, Video Deposition of Plaintiff **Christine Winter** ("Winter Dep.") |
| 19 | Plaintiff **Christine Winter's** Second Supplemental Responses to FCA US's First Set of Interrogatories |
| 20 | Excerpts from the Transcript of May 30, 2024, Video Deposition of Plaintiff **Tim Banas** ("Banas Dep.") |
| 21 | Excerpts from the Transcript of June 7, 2024, Video Deposition of Plaintiff **Salyi Vu** ("Vu Dep.") |
| 22 | Plaintiff **Salyi Vu's** Second Supplemental Responses to FCA US's First Set of Interrogatories |
| 23 | Excerpts from the Transcript of June 7, 2024, Video Deposition of Plaintiff **David Davidson** ("Da. Davidson Dep.") |
| 24 | Excerpts from the Transcript of June 7, 2024, Video Deposition of Plaintiff **Diane Davidson** ("Di. Davidson Dep.") |
| 25 | Excerpts from the Transcript of June 28, 2024, Video Deposition of Plaintiff **Michael Natale** ("Natale Dep.") |
| 26 | Plaintiff **Michael Natale's** First Supplemental Responses to FCA US's First Set of Interrogatories |
| 27 | Excerpts from the Transcript of May 20, 2024, Video Deposition of Plaintiff **Javin Olson** ("Olson Dep.") |

| Exhibit | Description |
|---|---|
| 28 | Plaintiff **Javin Olson's** Second Supplemental Responses to FCA US's First Set of Interrogatories |
| 29 | Excerpts from the Transcript of August 2, 2024, Video Deposition of Plaintiff **Jacob Kitzman** ("Kitzman Dep.") |
| 30 | Plaintiff **Jacob Kitzman's** First Supplemental Responses to FCA US's First Set of Interrogatories |
| 31 | Excerpts from the Transcript of May 21, 2024, Video Deposition of Plaintiff **Lauren Huntington** ("Huntington Dep.") |
| 32 | Plaintiff **Lauren Huntington's** Second Supplemental Responses to FCA US's First Set of Interrogatories |
| 33 | Excerpts from the Transcript of June 18, 2024, Video Deposition of Plaintiff **Elizabeth Niemioja** ("Niemioja Dep.") |
| 34 | Plaintiff **Elizabeth Niemioja's** First Supplemental Responses to FCA US's First Set of Interrogatories |
| 35 | Excerpts from the Transcript of May 31, 2024, Video Deposition of Plaintiff **R. Scott Perry** ("Perry Dep.") |
| 36 | Excerpts from the Transcript of June 14, 2024, Video Deposition of Plaintiff **Matthew Bergantino** ("Bergantino Dep.") |
| 37 | Excerpts from the Transcript of July 25, 2024, Video Deposition of Plaintiff **Stephen Costa** ("Costa Dep.") |
| 38 | Plaintiff **Stephen Costa's** First Supplemental Responses to FCA US's First Set of Interrogatories |
| 39 | Excerpts from the Transcript of July 15, 2024, Video Deposition of Plaintiff **Jared Gadomski Littleton** ("Gadomski Littleton Dep.") |
| 40 | Plaintiff **Jared Gadomski Littleton's** Second Supplemental Responses to FCA US's First Set of Interrogatories |

| Exhibit | Description |
|---|---|
| 41 | Excerpts from the Transcript of July 17, 2024, Video Deposition of Plaintiff **Ronan Murphy** ("Murphy Dep.") |
| 42 | Plaintiff **Ronan Murphy's** First Supplemental Responses to FCA US's First Set of Interrogatories |
| 43 | Excerpts from the Transcript of October 22, 2024, Video Deposition of Plaintiff **Ladd Van Tol** ("L. Van Tol Dep.") |
| 44 | Excerpts from the Transcript of October 22, 2024, Video Deposition of Plaintiff **Clea Van Tol** ("C. Van Tol Dep.") |
| 45 | Excerpts from the Transcript of July 23, 2024, Video Deposition of Plaintiff **Joseph Ohodnicki** ("Ohodnicki Dep.") |
| 46 | Plaintiff **Joseph Ohodnicki's** Second Supplemental Responses to FCA US's First Set of Interrogatories |
| 47 | Excerpts from the Transcript of July 5, 2024, Video Deposition of Plaintiff **Erika Bagley** ("E. Bagley Dep.") |
| 48 | Excerpts from the Transcript of July 5, 2024, Video Deposition of Plaintiff **James Bagley** ("J. Bagley Dep.") |
| 49 | Plaintiffs **Erika and James Bagley's** First Supplemental Responses to FCA US's First Set of Interrogatories |
| 50 | Excerpts from the Transcript of June 17, 2024, Video Deposition of Plaintiff **Helen Bartek** ("Bartek Dep.") |
| 51 | Plaintiff **Helen Bartek's** Responses to FCA US's First Set of Interrogatories |
| 52 | Excerpts from the Transcript of December 11, 2024, Video Deposition of Plaintiff **Michael Carbalajes-Dale** ("Carbajales-Dale Dep.") |
| 53 | Plaintiff **Michael Carbajales-Dale's** Second Supplemental Responses to FCA US's First Set of Interrogatories |

| Exhibit | Description |
|---|---|
| 54 | Excerpts from the Transcript of May 29, 2024, Video Deposition of Plaintiff **Rolando Pedroza** ("Pedroza Dep.") |
| 55 | Plaintiff **Rolando Pedroza's** First Supplemental Responses to FCA US's First Set of Interrogatories |
| 56 | Excerpts from the Transcript of June 13, 2024, Video Deposition of Plaintiff **Patricia Ransom** ("Ransom Dep."), and excerpts from the following exhibits thereto:<br>• A (PLAINTIFFS008129)<br>• C |
| 57 | Excerpts from the Transcript of July 1, 2024, Video Deposition of Plaintiff **Shawn Sheehan** ("Sheehan Dep."), and excerpts from the following exhibits thereto:<br>• 1 |
| 58 | Plaintiff **Shawn Sheehan's** Second Supplemental Responses to FCA US's First Set of Interrogatories |
| 59 | Excerpts from the Transcript of July 28, 2024, Video Deposition of Plaintiff **Richard Golland** ("Golland Dep.") |
| 60 | Excerpts from the Transcript of June 5, 2024, Video Deposition of Plaintiff **Ami Benzur** ("Benzur Dep.") |
| 61 | Plaintiff **Ami Benzur's** Second Supplemental Responses to FCA US's First Set of Interrogatories |
| 62 | Excerpts from the Transcript of October 11, 2024, Video Deposition of Plaintiff **Tiffany Rodriguez** ("Rodriguez Dep.") |
| 63 | Plaintiff **Tiffany Rodriguez's** First Supplemental Responses to FCA US's First Set of Interrogatories |