UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

MDL No. 3040

Case Number 22-3040
Honorable David M. Lawson

_____/

## SECOND ORDER EXTENDING DEADLINES

Pursuant to the stipulation of the parties (ECF No. 233),

It is **ORDERED** that the plaintiffs' response to the defendant's motion for summary judgment must be filed **on or before January 29, 2026**, and the defendant's reply must be filed **on or before March 9, 2026**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   January 16, 2026