# Exhibit A

## to FCA's Unopposed Motion to Seal Certain of Plaintiffs' Exhibits

# Declaration of Joshua McDonald

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| IN RE: CHRYSLER PACIFICA FIRE RECALL PRODUCTS LIABILITY LITIGATION<br><br>MDL NO. 3040 | Case No. 220cv-03040<br><br>Hon. David M. Lawson<br><br>Magistrate Judge Elizabeth A. Stafford |

**DECLARATION OF JOSHUA MCDONALD**

I, Joshua McDonald, declare:

1. I am more than twenty-one years of age and if called as a witness I could and would testify competently to the matters set forth in this declaration.

2. I make this declaration based on my personal experiences and knowledge of the facts set forth herein, which includes my review of the books and records of FCA US LLC that are kept in the ordinary course of its business, and information provided by persons upon whom I regularly rely in the ordinary course of my duties.

3. I am a Senior Specialist in the Product Analysis group with FCA US and have been since January 2024. Before that, I worked in Safety Investigations with the Technical Safety and Regulatory Compliance group. I have been employed by FCA US since 2010. My responsibilities for FCA US have required me to become familiar with product development, engineering design efforts and support, and product testing and analysis.

4. I understand this Declaration supports the filing under seal of certain documents and information in connection with Plaintiffs' opposition to FCA US's motion for summary judgment and is offered to keep confidential certain documents designated as "Confidential" under a Confidentiality Order.

5. The documents addressed in this Declaration, as well as a summary of their contents, are provided below:

| Exhibit | Bates Number or Reference | General Description |
|---|---|---|
| Plaintiffs' Exhibit 3 | FCA_Pacifica_MDL-017605, 017689 - 017691, 017693, 017726 - 017727, 017825 | Excerpts from "Chrysler Source Package 18573" for the High Voltage Battery Systems in model-year 2017 RU Plug-In Hybrid Electric Vehicles, identifying the corresponding proprietary design specifications and engineering requirements for:<br>▪ cell chemistry composition,<br>▪ cell positioning and dimensional valuations,<br>▪ manufacturing processes and assembly instructions,<br>▪ inspection parameters,<br>▪ software requirements and functions, and<br>▪ diagnostic trouble code programming. |

2

| | | |
|---|---|---|
| Plaintiffs' Exhibit 1 | FCA_Pacifica_MDL-036492, pp. 1, 8 - 9, 16, 18 | Excerpts from internal presentation titled "Introduction to the RU PHEV High Voltage Battery System[:] An Orientation," identifying proprietary design specifications and operating parameters for the RU PHEV 16.7 kWh Battery Pack System, including:<br>▪ system architecture layout and pack arrangement details,<br>▪ module diagramming, and<br>▪ componentry measures for, *e.g.*, capacity, dimension, voltage, density, and mass. |
| Plaintiffs' Exhibit 7 | FCA_Pacifica_MDL-247369 - 247378 | Ten-page internal presentation titled "RU LG Cell Packaging Study," identifying, among other things, proprietary information on:<br>▪ module diagramming,<br>▪ structural tolerance analyses, and<br>▪ componentry layout and dimensional values. |

6. One key to a competitive advantage in the automotive industry is to make a better vehicle at a reasonable cost. FCA US's design, development, testing, and analysis processes, concepts, and procedures are significant factors in producing a more competitive vehicle. FCA US has produced, under a productive order, the three documents identified above that would enable a competitor to appropriate— without cost, time or effort—the design, development, testing and analysis data, processes, concepts, and procedures that FCA US has invested significant time and money in to develop.

3

7. FCA US has a specific, serious, and substantial interest in protecting the proprietary design specifications and engineering material in these documents from public disclosure, retaining such information as competitively and economically valuable and constituting trade secrets.

8. FCA US's confidential source package materials, and the detailed engineering requirements, data, analyses, and findings referred to in the intra-company documents above, cover the manufacturing processes and operational performance aspects of the battery pack componentry in certain of FCA US's plug-in hybrid vehicles.

9. Generating and developing the information in the documents identified above involved the substantial expenditure of time, talent, and money by FCA US, as is evidenced therein. Those resources are valuable to FCA US, and they would be valuable to other automobile manufacturers and those who manufacture similarly functioning components in their own electric vehicles.

10. The documents at issue reveal competitively valuable information about FCA US's efforts to research, design, develop, refine the battery pack assemblies and componentry, as well as the underlying analyses of testing and field data leading to changes approved and made over time. All this reveals FCA US's design and development processes generally and describes specifically such

processes, and operational capacities, in the context of plug-in hybrid vehicle propulsion.

11. Competitors of FCA US could use the proprietary information reflected in these documents to improve their own parts or produce components similar to those produced by FCA US without the outlay of time and expense associated with independent design efforts, allowing for the production of components for installation in vehicles available to the public for a cost that FCA US cannot bear because of the expenses incurred in product development process.

12. The disclosure of FCA US's information could enable a competitor to adopt confidential design and development information, gaining both (i) insight into the design and engineering details of the battery pack assemblies and related components and those products' respective operational capacities and (ii) unfair and improper advantages that would come not from the competitor's own ingenuity, intellect, and engineering efforts, but from the disclosure of FCA US's confidential and proprietary information to the public at large.

13. Furthermore, the disclosure of such information could provide competitively valuable information about the underlying design and decision-making processes and FCA US's design philosophy.

14. Because FCA US takes great precaution in maintaining confidential records, it does not in the ordinary course of business allow outsiders, including

5

government agencies, access to the confidential information contained in FCA US's engineering and development efforts except in three very limited circumstances. *First*, such documents may be provided to or shared with outside suppliers, who are contractually bound to maintain confidentiality and not to disclose any information from those documents or discussions with FCA US. *Second*, as in this case, FCA US sometimes permits litigants access to the documents under a protective order. *Third*, FCA US occasionally provides such documents to the NHTSA with a request that the documents be accorded Confidential Business Information ("CBI") treatment. The documents for which FCA US seeks to maintain confidentiality here are types of documents that are routinely accorded CBI treatment by the NHTSA in connection with its product investigations.

15.   The only FCA US employees with knowledge of these engineering and development efforts (and the documents generated in connection therewith) are those who have a "need to know" by virtue of their work and position at FCA US.

16.   FCA US has a number of safeguards in place to ensure the confidentiality of these types of engineering documents. Among other protections, the documents are kept in secure electronic storage, which limits access to those who possess electronic passwords. FCA US employees are required to protect the confidentiality of commercially confidential information and, except as required by

their duties at FCA US, are prohibited from discussing such documents or information with anyone.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on  01/28/2026                             .

                                                   *Joshua McDonald*
                                                   Joshua McDonald (Jan 28, 2026 09:31:50 EST)

                                                 Joshua McDonald