## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: CHRYSLER PACIFICA FIRE RECALL PRODUCTS LIABILITY LITIGATION<br><br>MDL No. 3040 | Case No. 2:22-cv-03040<br><br>Honorable David M. Lawson<br>Magistrate Judge Elizabeth A. Stafford |
| JEVECHIUS BERNARDONI and BAHAR NAVAB, a married couple, individually and on behalf of their minor children, and JUSTIN BINDER and KATHERINE BINDER, a married couple, individually and on behalf of their minor children,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FCA US LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendant. | No. 2:23-cv-12881<br><br>Honorable David M. Lawson<br>Magistrate Judge Elizabeth A. Stafford |

### PLAINTIFFS JEVECHIUS BERNARDONI AND BAHAR NAVAB'S UNOPPOSED MOTION TO LIFT STAY OF PROCEEDINGS

1.      On November 13, 2023, Plaintiffs Jevechius Bernardoni and Bahar Navab, filed their initial Complaint against Defendant FCA US LLC ("FCA"). *Bernardoni, et al. v. FCA US LLC*, No. 23-12881 (E.D. Mich.) ("*Bernardoni*"), ECF No. 1. On November 16, 2023, *Bernardoni* was deemed a companion case to *In re Chrysler Pacifica Fire Recall Prods. Liab. Litig.*, No. 22-03040 (E.D. Mich.) (MDL 3040) ("*In re Chrysler Pacifica Fire Recall*") and re-assigned to this Court. *Bernardoni*, ECF No. 7.

2.      On August 20, 2024, FCA moved to compel Plaintiffs to arbitration based on an arbitration provision in the purchase contract between Plaintiffs and the dealership from which they purchased their vehicle. *In re Chrysler Pacifica Fire Recall*, ECF No. 171. Plaintiffs filed their Opposition to FCA's Motion to Compel Arbitration on September 3, 2024 (*id.* at ECF No. 175), and FCA filed its Reply on September 10, 2024 (*id.* at ECF No. 176).

3.      On September 18, 2024, in accordance with certain case law on delegation of the arbitrability of claims, this Court determined that the issue of whether FCA, a non-signatory to the purchase contract, can compel Plaintiffs to arbitrate their claims must be decided in the first instance by an arbitrator. *Id.* at ECF No. 178. The Court also stayed Plaintiffs' claims pending an arbitrator's determination as to whether FCA may compel arbitration of Plaintiffs' claims. *Id.*

- 1 -

4. On August 19, 2025, Plaintiffs initiated arbitration with AAA and Jon H. Sylvester was appointed as the arbitrator.

5. After the parties fully briefed the issue of arbitrability under California law, on March 24, 2026, Arbitrator Sylvester issued his "Decision on Arbitrability," denying FCA/Respondent's motion to compel Plaintiffs/Claimants to arbitration, terminating with prejudice the arbitration proceeding "as to the issue of arbitrability," and directing the matter "shall be returned to court." Ex. 1.

THEREFORE, pursuant to the Court's previous instruction (*In re Chrysler Pacifica Fire Recall*, ECF No. 178, PageID.8007), Plaintiffs file this unopposed motion to lift the stay of Jevechius Bernardoni and Bahar Navab's claims in this Court. Before filing this motion, Plaintiffs' counsel and FCA's counsel conferred and FCA confirmed that it does not oppose this motion.

- 2 -

DATED: March 26, 2026  Respectfully submitted,

*/s/ Steve W. Berman*
Steve W. Berman
Shelby Smith
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
shelby@hbsslaw.com

Rachel E. Fitzpatrick
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Telephone: (602) 224-2626
rachelf@hbsslaw.com

E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
**THE MILLER LAW FIRM PC**
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

*Counsel for Plaintiffs*

- 3 -

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: CHRYSLER PACIFICA FIRE RECALL PRODUCTS LIABILITY LITIGATION<br><br>MDL No. 3040 | Case No. 2:22-cv-03040<br><br>Honorable David M. Lawson<br>Magistrate Judge Elizabeth A. Stafford |
| JEVECHIUS BERNARDONI and BAHAR NAVAB, a married couple, individually and on behalf of their minor children, and JUSTIN BINDER and KATHERINE BINDER, a married couple, individually and on behalf of their minor children,<br><br>        Plaintiffs,<br><br>    v.<br><br>FCA US LLC, a Delaware Limited Liability Company,<br><br>        Defendant. | No. 2:23-cv-12881<br><br>Honorable David M. Lawson<br>Magistrate Judge Elizabeth A. Stafford |

## BRIEF IN SUPPORT OF PLAINTIFFS JEVECHIUS BERNARDONI AND BAHAR NAVAB'S UNOPPOSED MOTION TO LIFT <u>STAY OF PROCEEDINGS</u>

011086-11/3510898 V1

For the reasons detailed in the accompanying motion, Plaintiffs respectfully request that the Court lift the stay as to the claims of Jevechius Bernardoni and Bahar Navab.

DATED: March 26, 2026

Respectfully submitted,

*/s/ Steve W. Berman*
Steve W. Berman
Shelby Smith
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
shelby@hbsslaw.com

Rachel E. Fitzpatrick
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
Telephone: (602) 224-2626
rachelf@hbsslaw.com

E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)
Dana E. Fraser (P82873)
**THE MILLER LAW FIRM PC**
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

*Counsel for Plaintiffs*

- 1 -

011086-11/3510898 V1

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

DATED: March 26, 2026

/s/ Steve W. Berman
Steve W. Berman

- 2 -

011086-11/3510898 V1