UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

MDL No. 3040

Case Number 22-3040
Honorable David M. Lawson

_____/

### ORDER GRANTING UNOPPOSED MOTION TO LIFT STAY

This matter is before the Court on an unopposed motion by plaintiffs Jevechius Bernardoni and Bahar Navab to lift the stay of proceedings that was imposed when the Court referred their claims to binding arbitration. The parties agree that the stay should be dissolved because the arbitration proceeding has concluded with a finding by the arbitrator that the claims are not subject to arbitration.

Accordingly, it is **ORDERED** that the plaintiffs' unopposed motion to dissolve the stay (ECF No. 250) is **GRANTED**, and the stay of proceedings on the claims brought by plaintiffs Jevechius Bernardoni and Bahar Navab is **DISSOLVED**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  April 8, 2026