UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

MDL No. 3040

Case Number 22-3040
Honorable David M. Lawson

_____/

### ORDER STRIKING IMPROPER FILING

On May 15, 2026, attorney Ellisse S. Thompson filed a notice of her purported withdrawal as counsel of record for the defendant.  The filing of that notice was improper because, under the local rules of this district, "[a]n attorney's appearance continues until entry of (A) a final order or judgment disposing of all claims by or against the party the attorney represents, or (B) a withdrawal or substitution order," and "[a]n attorney may withdraw or be substituted for only on order of the court."  E.D. Mich. LR 83.25(b)(1)-(2).  Moreover, the "notice" does not indicate that defendant's counsel made any effort to seek concurrence in the relief requested from counsel for the plaintiffs, as the defendant's lawyer was required to do before filing any motion to withdraw.  *See* E.D. Mich. LR 7.1(a).  Attorney Thompson has not sought leave to withdraw her appearance, and leave to withdraw has not been granted by the Court.  The improper notice therefore will be stricken.

Accordingly, it is **ORDERED** that the notice of withdrawal by attorney Ellisse S. Thompson (ECF No. 252) is **STRICKEN**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:  May 27, 2026