**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE:  CHRYSLER PACIFICA FIRE RECALL PRODUCTS LIABILITY LITIGATION<br><br>MDL No. 3040<br><br>*This Document Relates to: ALL CASES* | Case No. 2:22-cv-03040-DML-EAS<br><br>Honorable David M. Lawson<br><br>Magistrate Judge Elizabeth A. Stafford |

**UNOPPOSED MOTION TO WITHDRAW**
**ATTORNEY ELLISSE S. THOMPSON**

Pursuant to L.R. 83.25(b)(2), undersigned counsel, respectfully moves for leave to withdraw Ellisse S. Thompson formerly of the law firm Klein Thomas Lee & Fresard as counsel of record in this and all related matters on behalf of Defendant in the above-captioned action and for her removal from the Court's ECF notification system for this action.

No substitution of counsel is necessary as Defendant continues to be represented by other attorneys of record with the law firm Klein Thomas Lee & Fresard.

On June 2, 2026, pursuant to E.D. Mich. LR 7.1(a), Defendant's counsel explained the nature and legal bases of this motion to opposing counsel and obtained opposing counsel's concurrence in the motion.

KLEIN THOMAS LEE & FRESARD

*/s/ Ellisse S. Thompson*
Ellisse S. Thompson (P78054)

## CERTIFICATE OF SERVICE

I certify that on June 3, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

*/s/  Ellisse S. Thompson*