UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: CHRYSLER PACIFICA FIRE RECALL
PRODUCTS LIABILITY LITIGATION

MDL No. 3040

Case Number 22-3040
Honorable David M. Lawson

_____/

## ORDER GRANTING MOTION TO WITHDRAW

This matter is before the Court on motions by attorney Ellisse Thompson for leave to withdraw her appearance as counsel of record for the defendant in this and all of the consolidated actions included in this multidistrict litigation.  The Court has reviewed the motion to withdraw and finds that it should be granted.

Accordingly, it is **ORDERED** that the motion by attorney Ellisse Thompson for leave to withdraw her appearance as counsel of record for the defendant (ECF No. 254) is **GRANTED**, her appearance as counsel of record for the defendant in the main MDL case and in the consolidated actions are **WITHDRAWN**, and she is discharged from any further responsibility to the Court in this multidistrict litigation and in the related matters.

It is further **ORDERED** that the Clerk of Court shall **TERMINATE** the appearance of attorney Ellisse Thompson on the MDL master docket and in all of the consolidated actions.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   June 9, 2026